Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17–28107–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Robert McEady
    74 Raintree Dr.
    Sicklerville, NJ 08081

Social Security No.:
    xxx–xx–1811

Employer's Tax I.D. No.:

## NOTICE OF HEARING

        NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                June 1, 2021
Time:                10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*111* – Certification in Opposition to Certification of Default (related document:110 Creditor's Certification of Default (related document:45 Order on Motion For Relief From Stay, Order on Motion For Relief From Co–Debtor Stay) filed by Elizabeth L. Wassall on behalf of WELLS FARGO BANK, N.A.. Objection deadline is 04/30/2021. (Wassall, Elizabeth) Modified on 4/16/2021 EXHIBITS MUST BE FILED SEPARATELY (kaj). filed by Creditor WELLS FARGO BANK, N.A.) filed by Thomas G. Egner on behalf of Robert McEady. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

and transact such other business as may properly come before the meeting.

Dated: May 3, 2021
JAN: kaj

                                Jeanne Naughton
                                Clerk