Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−28107−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert McEady
   74 Raintree Dr.
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−1811

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:             October 19, 2021
Time:             10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*116* − Certification in Opposition to CERTIFICATION OF DEFAULT (related document:115 Creditor's Certification of Default (related document:106 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Jonathan C. Schwalb on behalf of Nationstar Mortgage D/B/A Mr. Cooper as servicer for New Residential Mortgage Loan Trust 2017−1. Objection deadline is 09/23/2021. (Attachments: # 1 Exhibit A. Entered Consent Order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Nationstar Mortgage D/B/A Mr. Cooper as servicer for New Residential Mortgage Loan Trust 2017−1) filed by Thomas G. Egner on behalf of Robert McEady. (Attachments: # 1 Exhibit a # 2 Certificate of Service) (Egner, Thomas)

and transact such other business as may properly come before the meeting.


Dated: September 24, 2021
JAN: kaj

                                                            Jeanne Naughton
                                                            Clerk