Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−28107−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert McEady
   74 Raintree Dr.
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−1811

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            October 19, 2021
Time:              10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*116 −* Certification in Opposition to CERTIFICATION OF DEFAULT (related document:115 Creditor's Certification of Default (related document:106 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Jonathan C. Schwalb on behalf of Nationstar Mortgage D/B/A Mr. Cooper as servicer for New Residential Mortgage Loan Trust 2017−1. Objection deadline is 09/23/2021. (Attachments: # 1 Exhibit A. Entered Consent Order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Nationstar Mortgage D/B/A Mr. Cooper as servicer for New Residential Mortgage Loan Trust 2017−1) filed by Thomas G. Egner on behalf of Robert McEady. (Attachments: # 1 Exhibit a # 2 Certificate of Service) (Egner, Thomas)

and transact such other business as may properly come before the meeting.


Dated: September 24, 2021
JAN: kaj

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 17-28107-ABA

Robert McEady   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 2
Date Rcvd: Sep 24, 2021   Form ID: 173   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

**Recip ID**  **Recipient Name and Address**
db   + Robert McEady, 74 Raintree Dr., Sicklerville, NJ 08081-4922

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2021   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Andrew M. Lubin
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR BY MERGER ET.AL. bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Bonnie M. Weir
    on behalf of Attorney The Weir Law Firm LLC bmw@weirlawfirm.com

Daniel P. Mazo
    on behalf of Creditor Santander Bank N.A. dmazo@santander.us, ltorres1@sovereignbank.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association as Trustee, Successor in Interest to Bank of America, National Association as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for Washingt dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth K. Holdren

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: 173 | Total Noticed: 1 |

    on behalf of Creditor Hermitage at Main Street Condominium Association eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Elizabeth L. Wassall
    on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Harold N. Kaplan
    on behalf of Creditor New Residential Mortgage Loan Trust hkaplan@rasnj.com  informationathnk@aol.com

Harold N. Kaplan
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 hkaplan@rasnj.com  informationathnk@aol.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jonathan C. Schwalb
    on behalf of Creditor Nationstar Mortgage D/B/A Mr. Cooper as servicer for New Residential Mortgage Loan Trust 2017-1 bankruptcy@friedmanvartolo.com

Laura M. Egerman
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

Mark A. Roney
    on behalf of Creditor Hermitage at Main Street Condominium Association mroney@hillwallack.com kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Sindi Mncina
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 smncina@raslg.com

Stuart A. Platt
    on behalf of Creditor Borough of Stratford platt@theplattlawgroup.com

Thomas G. Egner
    on behalf of Debtor Robert McEady tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17