UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Friedman Vartolo LLP
85 Broad Street- Suite 501
New York, New York 10004
bankruptcy@friedmanvartolo.com
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Nationstar Mortgage D/B/A Mr. Cooper as Servicer for New Residential Loan Trust 2017-1

In Re:

Robert McEady

Case No.:     17-28107-ABA

Chapter:     13

Hearing Date:     10/19/2021 at 10AM

Judge:     Andrew B. Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Creditor's Certification of Default filed on September 09, 2021 at document number 115 is settled and should be marked COTBS.

Date: October 15, 2021

/s/ Jonathan Schwalb
Signature

*rev.8/1/15*