

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>85 Broad Street- Suite 501<br>New York, New York 10004<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Nationstar Mortgage D/B/A Mr. Cooper as Servicer for New Residential Loan Trust 2017-1 | Order Filed on November 10, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Robert McEady<br><br>Debtor(s) | Case No.: 17-28107-ABA<br><br>Chapter: 13<br><br>Hearing Date:<br>October 19, 2021 at 10:00AM<br><br>Hon. Judge:<br>Andrew B. Altenburg, Jr. |

**CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: November 10, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Nationstar Mortgage D/B/A Mr. Cooper as Servicer for New Residential Loan Trust 2017-1 |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | McDowell Law, PC |
| Property (Collateral): | 4011 Hermitage Dr #0, Voorhees, NJ 08043 |

Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☐ The Debtor(s) is/are overdue for ___ months, from _____ to _____.

    ☐ The Debtor(s) is/are overdue for ___ payments at _____ per month.

    ☐ The Debtor(s) is/are due for _____ in accrued late charges.

    ☐ The Debtor(s) is/are due for **$_____** in attorney's fees and costs.

    ☐ Applicant acknowledges suspense funds in the amount of **$_____**.

    Total Arrearages Due: $_____

2. Debtor(s) must cure all post-petition arrearages, as follows:

    ☒ Immediate payment shall be made in the amount of _____ .

    ☒ Beginning on **November 1, 2021**, regular monthly mortgage payments shall continue to be made.

    ☐ Beginning on _____, additional monthly cure payments shall be made in the amount of _____ for _____ months.

    ☐ The amount of _____ shall be capitalized in the debtor's Chapter 13 plan. Said amount shall be set up on Trustee's ledger as a separate Claim. Debtor(s) shall file a Modified Plan within 10 days from the entry of this Order to account for the additional arrears to be paid to the secured creditor via Chapter 13 Plan and to adjust monthly payments to the Chapter 13 Trustee accordingly.

3. Payments to the Secured Creditor shall be made to the following address:

Payments:   Nationstar Mortgage
P.O. Box 619094
Dallas, TX 75261

4. In the event of default:

☒ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtor('s) attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒ In the event the Debtor(s) converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtor(s) fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtor('s) attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtor('s) attorney and the court shall enter an Order granting relief from the Automatic Stay

5. Award of Attorney's Fees:

The Applicant is awarded attorney's fees of **$400.00** and costs of _____.

The fees and costs are payable:

☐ Attorney's fees and costs have been included in the Consent Order.

☒ Through the Chapter 13 plan.  The fees/costs shall be set up as a s separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

☐ To the Secured Credtior within _____ days

☐ Attorney's fees are not awarded.

☐ Movant reserves its right to file a Post-Petition Fee Notice for fees and costs incurred in connection with the Motion for Relief.

The undersigned hereby consent to the form and entry of the foregoing order.

_____  
Thomas G. Egner, Esq.  
*Attorney for Debtor*

/s/ Jonathan Schwalb, Esq.  
Jonathan Schwalb, Esq.  
*Attorney for Secured Creditor*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-28107-ABA |
| Robert McEady | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 10, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert McEady, 74 Raintree Dr., Sicklerville, NJ 08081-4922 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR BY MERGER ET.AL. bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Bonnie M. Weir | on behalf of Attorney The Weir Law Firm LLC bmw@weirlawfirm.com |
| Daniel P. Mazo | on behalf of Creditor Santander Bank N.A. dmazo@santander.us, ltorres1@sovereignbank.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, Successor in Interest to Bank of America, National Association as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for Washingt dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | |

on behalf of Creditor Hermitage at Main Street Condominium Association eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Elizabeth L. Wassall

on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Harold N. Kaplan

on behalf of Creditor New Residential Mortgage Loan Trust hkaplan@rasnj.com informationathnk@aol.com

Harold N. Kaplan

on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 hkaplan@rasnj.com informationathnk@aol.com

Isabel C. Balboa

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa

ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jonathan C. Schwalb

on behalf of Creditor Nationstar Mortgage D/B/A Mr. Cooper as servicer for New Residential Mortgage Loan Trust 2017-1 bankruptcy@friedmanvartolo.com

Laura M. Egerman

on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

Mark A. Roney

on behalf of Creditor Hermitage at Main Street Condominium Association mroney@hillwallack.com kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Sindi Mncina

on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 smncina@raslg.com

Stuart A. Platt

on behalf of Creditor Borough of Stratford platt@theplattlawgroup.com

Thomas G. Egner

on behalf of Debtor Robert McEady tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 17