Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 17−28107−ABA
                    Chapter: 13
                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert McEady
   74 Raintree Dr.
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−1811

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      2/24/22
Time:      02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Thomas G. Egner, Debtor's Attorney, period: 10/15/2019 to 1/25/2022.

COMMISSION OR FEES
fee: $2,700.00.

EXPENSES
$0.00.

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 26, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-28107-ABA |
| Robert McEady | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 26, 2022 | Form ID: 137 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert McEady, 74 Raintree Dr., Sicklerville, NJ 08081-4922 |
| cr | + | Borough of Stratford, c/o Platt & Riso, P.C., 40 Berlin Avenue, Stratford, NJ 08084-1404 |
| cr | + | Hermitage at Main Street Condominium Association, c/o Pinnacle Realty Services, 151 Fries Mill Road, Unit 502, Turnersville, NJ 08012-2016 |
| cr | + | Nationstar Mortgage D/B/A Mr. Cooper as servicer f, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| r | + | Nicole Snyderman, Entourage Elite Real Estate, 1939 W. Route 70, Suite 220, Cherry Hill, NJ 08003-4507 |
| cr | + | Santander Bank, N.A., c/o Bonnie M. Weir, The Weir Law Firm, LLC, 1170 US HIghway 22 East, Suite 205 Bridgewater, NJ 08807-2928 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517166933 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517052652 | + | Borough of Stratford, 307 Union Avenue, Stratford, NJ 08084-1313 |
| 517052654 | + | Cherry Hill Township, Attn: Tax Office, 820 Mercer St., Cherry Hill, NJ 08002-2638 |
| 517052655 | + | Conika Majumdar, Fidelity National Law Group, 105 Eisenhower Parkway, Suite 103, Roseland, NJ 07068-1640 |
| 517052657 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 517052658 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 517052659 | + | First Bank Puerto Rico, Attn: Bankruptcy, 9795 S Dixie Hwy, Pinecrest, FL 33156-2806 |
| 518855249 | + | Jonathan Schwalb, Esq., FRIEDMAN VARTOLO, LLP, Attorneys for Nationstar Mortgage, D/B/A Mr. Cooper, 85 Broad Street, Suite 501 New York, New York 10004-1734 |
| 518923300 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 518890097 | + | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-1, c/o Nationstar Mortgage d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 518890098 | + | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-1, c/o Nationstar Mortgage d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261, NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017 c/o Nationstar Mortgage d/b/a Mr. Cooper 75261-909 |
| 518570774 | + | New Residential Mortgage, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518360437 | + | PLATT & RISO, P.C., 40 Berlin Avenue, Stratford, NJ 08084-1404 |
| 517250912 | + | Santander Bank, N.A., Attn: Legal Department, 200 Liberty Street, 17th Floor, New York, NY 10281-1115 |
| 517052664 | + | Selective Insurance Company of America, 200 Clocktower Drive, Suite 201, Hamilton, NJ 08690-3019 |
| 517052665 | + | Shirley McEady, 74 Raintree Drive, Sicklerville, NJ 08081-4922 |
| 517052666 | + | Shivers, Gosnay & Greatrex, LLC, Cherry Hill Plaza, 1415 Route 70, Suite 309, Cherry Hill, NJ 08034-2210 |
| 517149626 | + | Stratford Municipal Sewer Utility Dept, 307 Union Ave, Stratford NJ 08084-1313 |
| 517052668 | | The Hermitage at Main Street, 3700 Hermitage Dr., Voorhees, NJ 08043 |
| 517066141 | + | The Hermitage at Main Street Condominium Associati, 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034-2210 |
| 517052669 | + | The Weir Law Firm, LLC., 1170 U.S. Highway 22 East, Suite 205, Bridgewater, NJ 08807-2928 |
| 517052671 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 517261557 | | U.S. Bank National Association, as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517052672 | + | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517161987 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517101758 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 26 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 26 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 26 2022 20:29:00 | Internal Revenue Service, 955 S. Springfield Avenue, Springfield, NJ 07081 |
| cr | + Email/Text: RASEBN@raslg.com | Jan 26 2022 20:29:00 | New Residential Mortgage Loan Trust, C/O Robertson, Anschutz & Schneid P.L., 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853 |
| 517052653 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jan 26 2022 20:30:00 | Ccs Collections, 725 Canton St, Norwood, MA 02062-2679 |
| 517059543 | Email/Text: mrdiscen@discover.com | Jan 26 2022 20:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517052656 | + Email/Text: mrdiscen@discover.com | Jan 26 2022 20:29:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517052661 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2022 20:35:01 | JPMorgan Chase Bank, N.A., Po Box 24696, Columbus, OH 43224 |
| 517068152 | + Email/Text: RASEBN@raslg.com | Jan 26 2022 20:29:00 | New Residential Mortgage Loan Trust 2017-1, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517252726 | Email/Text: BKEBN-Notifications@ocwen.com | Jan 26 2022 20:29:00 | Ocwen Loan Servicing, LLC, ATTN: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 517052662 | + Email/Text: BKEBN-Notifications@ocwen.com | Jan 26 2022 20:29:00 | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |
| 517052667 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 26 2022 20:29:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 517052663 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 26 2022 20:29:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 517052670 | Email/Text: jdukelow@voorheesnj.com | Jan 26 2022 20:29:00 | Township of Voorhees, 2400 Voorhees Town Center, Voorhees, NJ 08043 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | The Weir Law Firm, LLC, 1170 U.S. Highway 22 East, Suite 205, Bridgewater, NJ 08807-2928 |
| 517052660 | *+ | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518923301 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 517068195 | *+ | New Residential Mortgage Loan Trust 2017-1, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518855248 | ##+ | FRIEDMAN VARTOLO, LLP, Attorneys for Nationstar Mortgage D/B/A, 1325 Franklin Avenue, Suite 230, Garden City, New York 11530-1631 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

Case 17-28107-ABA    Doc 130    Filed 01/28/22    Entered 01/29/22 00:17:20    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 26, 2022 | Form ID: 137 | Total Noticed: 47 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2022          Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR BY MERGER ET.AL. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Bonnie M. Weir | on behalf of Attorney The Weir Law Firm LLC bmw@weirlawfirm.com |
| Daniel P. Mazo | on behalf of Creditor Santander Bank N.A. dmazo@santander.us, ltorres1@sovereignbank.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, Successor in Interest to Bank of America, National Association as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for Washingt dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Hermitage at Main Street Condominium Association eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Harold N. Kaplan | on behalf of Creditor New Residential Mortgage Loan Trust hkaplan@rasnj.com informationathnk@aol.com |
| Harold N. Kaplan | on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jonathan C. Schwalb | on behalf of Creditor Nationstar Mortgage D/B/A Mr. Cooper as servicer for New Residential Mortgage Loan Trust 2017-1 bankruptcy@friedmanvartolo.com |
| Laura M. Egerman | on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Mark A. Roney | on behalf of Creditor Hermitage at Main Street Condominium Association mroney@hillwallack.com kgardiner@HillWallack.com;mroney@ecf.courtdrive.com |
| Sindi Mncina | on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 smncina@raslg.com |
| Stuart A. Platt | on behalf of Creditor Borough of Stratford platt@theplattlawgroup.com |
| Thomas G. Egner | on behalf of Debtor Robert McEady tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 26, 2022 | Form ID: 137 | Total Noticed: 47 |

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17