UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas G. Egner, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
tegner@mcdowelllegal.com

Order Filed on February 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert McEady,

Debtor.

Case No.: 17-28107-ABA

Chapter: 13

Judge: Altenburg

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 25, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas G. Egner_____, the applicant, is allowed a fee of $ _____2,700.00_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____2,700.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____2,871.00_____ per month for __8 remaining__ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-28107-ABA |
| Robert McEady | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 25, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert McEady, 74 Raintree Dr., Sicklerville, NJ 08081-4922 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR BY MERGER ET.AL. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Bonnie M. Weir | on behalf of Attorney The Weir Law Firm  LLC bmw@weirlawfirm.com |
| Daniel P. Mazo | on behalf of Creditor Santander Bank  N.A. dmazo@santander.us, ltorres1@sovereignbank.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, Successor in Interest to Bank of America, National Association as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for Washingt dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | |

Case 17-28107-ABA    Doc 136    Filed 02/27/22    Entered 02/28/22 00:14:22    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 25, 2022 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Hermitage at Main Street Condominium Association eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Elizabeth L. Wassall | |
| | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Harold N. Kaplan | |
| | on behalf of Creditor New Residential Mortgage Loan Trust hkaplan@rasnj.com  informationathnk@aol.com |
| Harold N. Kaplan | |
| | on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 hkaplan@rasnj.com  informationathnk@aol.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jonathan C. Schwalb | |
| | on behalf of Creditor Nationstar Mortgage D/B/A Mr. Cooper as servicer for New Residential Mortgage Loan Trust 2017-1 bankruptcy@friedmanvartolo.com |
| Laura M. Egerman | |
| | on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Mark A. Roney | |
| | on behalf of Creditor Hermitage at Main Street Condominium Association mroney@hillwallack.com kgardiner@HillWallack.com;mroney@ecf.courtdrive.com |
| Sindi Mncina | |
| | on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 smncina@raslg.com |
| Stuart A. Platt | |
| | on behalf of Creditor Borough of Stratford platt@theplattlawgroup.com |
| Thomas G. Egner | |
| | on behalf of Debtor Robert McEady tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17