| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Thomas G. Egner, Esq.<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>Telephone: (856) 482-5544<br>Telecopier: (856) 482-5511<br>tegner@mcdowelllegal.com | **Order Filed on March 28, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>  Robert McEady<br><br>Debtor(s) | Case No.: 17-28107<br>Chapter: 13<br>Judge: ABA |

## ORDER REGARDING REQUEST FOR EXEMPTION FROM:

☐  CREDIT COUNSELING REQUIRED UNDER 11 U.S.C. § 109(h)(1)

☒  PARTICIPATION IN FINANCIAL MANAGEMENT COURSE REQUIRED UNDER 11 U.S.C. § 727(a)(11) or 1328(g)(1)

☒  REQUIREMENT TO FILE CERTIFICATION IN SUPPORT OF DISCHARGE REQUIRED UNDER U.S.C. § 1328(a)

The relief set forth on the following pages, numbered two (2) and three (3) is **ORDERED**.

**DATED: March 28, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented by the debtor pursuant to 11 U.S.C. § 109(h)(4), and for good cause shown, it is

ORDERED that:

☒ The debtor's request is GRANTED; the debtor is hereby exempt from:

    ☐ obtaining budget and credit counseling required under 11 U.S.C. § 109(h)(1) and filing a Certificate of Credit Counseling,

    ☒ participating in a Financial Management Course as required under 11 U.S.C. § 727(a)(11), or 1328(g)1(1) and filing a Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23),

    ☒ filing a Certification in Support of Discharge concerning Domestic Support Obligation as required by 11 U.S.C. § 1328(a).

_____ The debtor's request for an exemption is DENIED, and

    ☐ the debtor must obtain budget and credit counseling from a United States Trustee approved credit counseling agency and file a *Certificate of Credit Counseling* on or before fourteen (14) days from the date the debtor's petition was filed or the case will be dismissed without further notice,

    ☐ the debtor must participate in a Financial Management Course conducted by a United States Trustee approved agency, and file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23),*

    ☐ the debtor must file a *Certification in Support of Discharge* concerning domestic support obligations as required under 11 U.S.C. § 1328(a).

The documents highlighted above must be filed

    ☐ on or before the last day to object to discharge has expired,

          or

    ☐ on or before the last payment is made to the Standing Trustee on the Debtor's plan.

Failure to do so will result in the debtor's case being closed without the debtor having received a discharge.

\_\_\_\_\_ A hearing on this matter has been scheduled at the following date and time.

    Hearing Date/Time: _____

    Hearing Location: _____

                             _____

                             _____

    Courtroom: _____

*rev.5/23/16*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-28107-ABA

Robert McEady  Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2
Date Rcvd: Mar 28, 2022      Form ID: pdf903       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert McEady, 74 Raintree Dr., Sicklerville, NJ 08081-4922 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2022          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:

**Name**              **Email Address**

Andrew M. Lubin
                     on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR BY MERGER ET.AL. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Bonnie M. Weir
                     on behalf of Attorney The Weir Law Firm LLC bmw@weirlawfirm.com

Daniel P. Mazo
                     on behalf of Creditor Santander Bank N.A. dmazo@santander.us, ltorres1@sovereignbank.com

Denise E. Carlon
                     on behalf of Creditor U.S. Bank National Association as Trustee, Successor in Interest to Bank of America, National Association as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for Washingt dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth K. Holdren

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 28, 2022 | Form ID: pdf903 | Total Noticed: 1 |

    on behalf of Creditor Hermitage at Main Street Condominium Association eholdren@hillwallack.com
    jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Elizabeth L. Wassall
    on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Harold N. Kaplan
    on behalf of Creditor New Residential Mortgage Loan Trust hkaplan@rasnj.com  informationathnk@aol.com

Harold N. Kaplan
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 hkaplan@rasnj.com  informationathnk@aol.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jonathan C. Schwalb
    on behalf of Creditor Nationstar Mortgage D/B/A Mr. Cooper as servicer for New Residential Mortgage Loan Trust 2017-1
    bankruptcy@friedmanvartolo.com

Laura M. Egerman
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 bkyecf@rasflaw.com
    bkyecf@rasflaw.com;legerman@rasnj.com

Mark A. Roney
    on behalf of Creditor Hermitage at Main Street Condominium Association mroney@hillwallack.com
    kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Sindi Mncina
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-1 smncina@raslg.com

Stuart A. Platt
    on behalf of Creditor Borough of Stratford platt@theplattlawgroup.com

Thomas G. Egner
    on behalf of Debtor Robert McEady tegner@mcdowelllegal.com
    tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17